IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **EROS COOK,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-2511-L** |
| | § | |
| **ITT TECHNICAL INSTITUTE,** | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

On September 26, 2016, Defendant filed a Notice of Bankruptcy, seeking relief pursuant to Chapter 7 of the United States Bankruptcy Code. Pursuant to 11 U.S.C. § 362, an automatic stay is now in effect.

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the court **determines** that this case should be, and is hereby, **administratively closed**. The United States District Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. The parties are directed to report to the court in writing every **120 days** regarding the status of the bankruptcy proceedings.

Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*.

**It is so ordered** this 28th day of September, 2016.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**